IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-01261-MSK-KMT

DANA JENSEN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice (Motion) **(#20)** filed August 18, 2014.   Having reviewed the Motion,

**IT IS ORDERED** that the Motion is GRANTED and all claims asserted by Plaintiff against Defendant are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 7th day of October, 2014.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                Chief United States District Judge